1  McGREGOR W. SCOTT
   United States Attorney
2  SAMUEL WONG
   Assistant United States Attorney
3  501 I St., Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2772

5  Attorneys for Plaintiff
   United States of America
6

7             IN THE UNITED STATES DISTRICT COURT

8             EASTERN DISTRICT OF CALIFORNIA

9

10 | IN THE MATTER OF THE SEARCH OF: | CASE NO. 2:18-SW-0767 EFB

11 | THE ENTIRE LAND AREA ON WHICH A MARIJUANA GROW OPERATION IS LOCATED IN THE UNDEVELOPED AREA OF TRINITY COUNTY, CALIFORNIA, NEAR THE APPROXIMATE GPS COORDINATES OF 40 27.503 N 123 13.238 W, WHICH IS ON THE SHASTA-TRINITY NATIONAL FOREST, AS MORE PARTICULARLY DESCRIBED IN ATTACHMENT A | ORDER FOR DESTRUCTION OF BULK MARIJUANA SEIZURE

SEALED

FILED
SEP 13 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

17

18     The United States of America having applied to this Court for an order permitting its agents to destroy any bulk marijuana seized in connection with the execution of the search warrant in this matter pursuant to duly authorized search warrants, and good cause appearing therefor,

       IT IS HEREBY ORDERED that the United States Forest Service and other investigative agencies involved in the investigation of this matter are authorized to destroy any bulk marijuana plants seized in this case after they are counted and, if possible, weighed, after the entire cultivation site is photographed and/or videotaped, and after a representative sample consisting of no more than three kilograms and a sample aggregate portion of the whole amount is retained for chemical testing.

Dated: August 23, 2018

                                    /s/ Edmund F. Brennan
                                    HONORABLE EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE

Destruction Order                          1