MCGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772
Facsimile: (916) 554-2900

FILED

SEP 0 3 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

# SEALED

IN THE MATTER OF THE SEARCH OF THE ENTIRE LAND AREA ON WHICH A MARIJUANA GROW OPERATION IS LOCATED IN THE UNDEVELOPED AREA OF TRINITY COUNTY, CALIFORNIA, NEAR THE APPROXIMATE GPS COORDINATES OF 40 27.503 N 123 13.238 W, WHICH IS ON THE SHASTA-TRINITY NATIONAL FOREST, AS MORE PARTICULARLY DESCRIBED IN ATTACHMENT A

CASE NO. 2:18-SW-0767-EFB

**ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO UNSEAL SEARCH WARRANT**

Court: Hon. Kendall J. Newman

The Court having received, read, and considered plaintiff United States of America's ex parte motion to unseal the Search And Seizure Warrant, Application For Search Warrant (and attached Affidavit), and Sealing Order previously filed in this case, and good cause appearing therefrom,

It is ORDERED that the motion is hereby GRANTED and the search warrant and accompanying related documents listed in the motion shall be unsealed forthwith.

Dated: 9/3/2019

_____
KENDALL J. NEWMAN
United States Magistrate Judge

Carolyn K. Delaney
U.S. Magistrate Judge

1